21-2433

50 NORTH FRONT ST.

✓

RAYMOND JAMES

21-2433

50 NORTH FRONT ST.

✓

RAYMOND JAMES

JOHN T. FOWLKES, JR.

TU M. PHAM