AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| 50 NORTH FRONT ST. TN, LLC. <br><br> *Plaintiff(s)* <br> v. <br> RAYMOND JAMES & ASSOCIATES, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No.   2:21-cv-02433-JTF-tmp |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Raymond James & Associates, Inc.
c/o CT Corporation System (Registered Agent for Service of Process)
300 Montvue Road
Knoxville, TN 37919-5546

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael G. McLaren
Black McLaren Jones Ryland & Griffee, P.C.
530 Oak Court Drive, Suite 360
Memphis, TN 38117

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLE[seal] s/ Bradley Gilmartin   *lerk*

Date:   6/25/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RAYMOND JAMES & ASSOCIATES, INC
was received by me on *(date)* 6/28/21 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* HALEY NEUBERT , who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION AT 12:15 PM on *(date)* 6/29/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/29/21

Charles H McBee
*Server's signature*

CHARLES H MCBEE, PROCESS SERVER
*Printed name and title*

P.O. BOX 34
KNOXVILLE TN 37901
*Server's address*

Additional information regarding attempted service, etc: