IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| 50 NORTH FRONT ST. TN, LLC. | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | )    CASE NO. 2:21-cv-02433 |
| | ) |
| RAYMOND JAMES & ASSOCIATES, INC. | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

NOTICE OF DEFENDANT/COUNTER-PLAINTIFF'S
RULE 26(a)(1) INITIAL DISCLOSURES

**Comes now** Defendant/Counter-Plaintiff, Raymond James & Associates, Inc., and respectfully gives notice that it served its Rule 26(a)(1) Initial Disclosures on Plaintiff/Counter-Defendant pursuant to the Court's October 4th Order (ECF 23).

Respectfully submitted,

**Raymond James & Associates, Inc.**
By Its Attorneys,


/s/ Kyle Johnson

Niel Prosser (TN #11647)
Rob Clapper (TN #34180)
Kyle Johnson (TN # 36066)

The Prosser Law Firm, PLC
5865 Ridgeway Center Parkway, Suite 300
Memphis, Tennessee 38120
Telephone: (901) 820-4433
np@prosserlaw.com
rclapper@prosserlaw.com
kjohnson@prosserlaw.com

– and –

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ John Branson

John Branson (BPR No. 10913)
Clinton Simpson (BPR No. 20284)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
T: (901) 577-2323
E: jbranson@bakerdonelson.com
  csimpson@bakerdonelson.com

*Attorneys for Raymond James*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the "Notice Of Defendant/Counter-Plaintiff's Rule 26(A)(1) Initial Disclosures" has been sent to counsel for the Plaintiff/Counter-Defendant by the Court ECF System this 18th day of October, 2021.

/s/ Kyle Johnson
Kyle Johnson