# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | | |
|---|---|---|
| **RAYMOND JAMES & ASSOCIATES, INC.** | ) | |
| | ) | |
| **PLAINTIFF/COUNTER-DEFENDANT,** | ) | |
| | ) | **CASE NO. 2:18-cv-02104** |
| v. | ) | |
| | ) | |
| **50 NORTH FRONT ST. TN, LLC.** | ) | |
| | ) | |
| **DEFENDANT/COUNTER-PLAINTIFF.** | ) | |

| | | |
|---|---|---|
| **50 NORTH FRONT ST. TN, LLC.** | ) | |
| | ) | |
| **PLAINTIFF/COUNTER-DEFENDANT,** | ) | |
| | ) | **CASE NO. 2:21-cv-02433** |
| v. | ) | |
| | ) | |
| **RAYMOND JAMES & ASSOCIATES, INC** | ) | |
| | ) | |
| **DEFENDANT/COUNTER-PLAINTIFF.** | ) | |

## NOTICE OF SERVICE OF DEPOSITION SUBPOENAS

**COMES NOW** Raymond James & Associates, Inc. ("RJA") – pursuant to Federal Rules of Civil Procedure – to respectfully give notice that it has served a Subpoena to Testify at a Deposition (the "Deposition Subpoenas") on the following entities on July 8, 2025 (or as soon thereafter that service can be effectuated):

1. Otis Elevator Company, Inc.
2. CBRE Group Inc.

Counsel for 50 North Front St. TN, LLC was sent a copy of the Deposition Subpoenas prior to

filing this Notice.

        Respectfully submitted,

**PROSSER, CLAPPER & JOHNSON, PLLC**

/s/ Kyle Johnson

Niel Prosser (BPR No. 11647)
Rob Clapper (BPR No. 34180)
Kyle Johnson (BPR No. 36066)
5865 Ridgeway Center Parkway, Suite 300
Memphis, TN 38120
T: (901) 820-4433
E: np@prosserlaw.com
   rclapper@prosserlaw.com
   kjohnson@prosserlaw.com

– and –

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

/s/ John Branson

John Branson (BPR No. 10913)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
T: (901) 577-2323
E: jbranson@bakerdonelson.com

*Attorneys for Raymond James*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on July 8, 2025, which will automatically send an electronic copy of the filing to all counsel of record in this case.

/s/ Kyle Johnson