# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

|  |  |
|---|---|
| , **RAYMOND JAMES & ASSOCIATES, INC.**  )<br>  )<br>  )<br>    **PLAINTIFF,**  )<br>  )<br>  **v.**  )<br>  )<br>  **50 NORTH FRONT ST. TN, LLC.**  )<br>  )<br>    **DEFENDANT.**  ) | **CASE NO. 2:18-cv-02104** |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2)(B) DISCLOSURES

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiff Raymond James & Associates, Inc. ("Raymond James"), by and through the undersigned counsel, hereby files this *Notice of Service of Plaintiff's Rule (a)(2)(B) Disclosures* which were served upon counsel for Defendant, 50 North Front St. Tn, LLC by electronic mail on September 1, 2018.

Respectfully submitted,

**Raymond James & Associates, Inc.**

By Its Attorneys,

 /s/ Kyle Johnson
Niel Prosser (TN #11647)
Rob Clapper (TN #34180)
Kyle Johnson (TN # 36066)
The Prosser Law Firm, PLC
5865 Ridgeway Center Parkway, Suite 300
Memphis, Tennessee 38120
Telephone: (901) 820-4433
np@prosserlaw.com
rclapper@prosserlaw.com
kjohnson@prosserlaw.com

  and

  Melissa A. Maravich (TN #13876)
  Gary S. Peeples (TN # 32303)
  Burch, Porter & Johnson, PLLC
  130 North Court Avenue
  Memphis, Tennessee 38103
  Telephone: (901) 524-5000
  mmaravich@bpjlaw.com
  gpeeples@bpjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this *Notice of Service of Plaintiff's Rules 26(a)(2)(B) Disclosures* has been sent to the below listed counsel for the Defendant by electronic mail and through the Court's ECF System this 1st day of September, 2018.

 David Wade (dwade@martintate.com)
 J. Lewis Wardlaw (lwardlaw@martintate.com)
 Martin, Tate, Morrow & Marston, P.C.
 6410 Poplar Avenue, Tower II, Suite 1000
 Memphis, TN  38119-4839

       /s/ Kyle Johnson